UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SIVAN LAM,

      Plaintiff,

v.                                                                                  Case No: 2:23-cv-903-JLB-KCD

SCOTTSDALE INSURANCE
COMPANY,

      Defendant.
_____/

## ORDER

The Magistrate Judge has entered a Report and Recommendation, recommending denial of Defendant Scottdale Insurance Company's Motion to Dismiss Count II. (Doc. 22). No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

After an independent review of the record, and reiterating that no objection has been filed, the Court finds that the Magistrate Judge's thorough and well-reasoned Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED**:

1. The Report and Recommendation (Doc. 22) is **ADOPTED** and made part of this Order for all purposes.

2. Defendant Scottsdale Insurance Company's Motion to Dismiss Count II (Doc. 11) is **DENIED**.

**ORDERED** in Fort Myers, Florida on May 2, 2024.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE