UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SIVAN LAM,

    Plaintiff,

v.                              **Case No. 2:23-cv-00903**

SCOTTSDALE INSURANCE
COMPANY,

    Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT**

    COME NOW the Plaintiff, SIVAN LAM (hereinafter "Plaintiff") and Defendant, SCOTTSDALE INSURANCE COMPANY (hereinafter "Defendant"), by and through their undersigned counsel, and hereby file this Joint Notice of Settlement to advise the Court that the parties to the above-captioned matter have reached a settlement agreement. The parties will file the appropriate dismissal upon confirmation that the terms of the settlement have been performed.

Respectfully submitted this 25th day of July, 2024.

| | |
|---|---|
| KUHN RASLAVICH, P.A. | BUTLER WEIHMULLER KATZ CRAIG LLP |
| */s/ Randy M. Lambert* | /s/ Ashley M. Powell |
| **RANDY E. LAMBERT, ESQ**. | **THOMAS A. KELLER, ESQ.** |
| Florida Bar No.: 1010756 | Florida Bar No.: 0153354 |
| 986 Douglas Ave, Suite 102 | tkeller@butler.legal |
| Altamone Springs, FL 32714 | **ASHLEY M. POWELL, ESQ.** |
| randy@krfirm.com | Florida Bar. No.: 117901 |
| Counsel for Plaintiff, | apowell@butler.legal |
| *Sivan Lam* | Secondary:   shashemian@butler.legal |
| | 400 N. Ashley Drive, Suite 2300 |
| | Tampa, Florida  33602 |
| | Telephone: (813) 281-1900 |
| | Facsimile: (813) 281-0900 |
| | *Attorneys for Defendant,* |
| | *Scottsdale Insurance Company* |